U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2013 FEB 20 AM 11: 27
CLERK
BY _____PC_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

BRENDA BROWN, EARL BROOKS, )
Individually and on behalf of themselves )
and all others similarly situated )
)
Plaintiffs, )
)
vs. ) Case No. 5:10 cv 81
) CLASS ACTION
)
CITY OF BARRE, VERMONT )
)
Defendant. )

## ORDER APPROVING SETTLEMENT AGREEMENT

The court having fully considered Plaintiffs' and Defendant's Joint Motion for Approval of the Settlement Agreement, Memorandum in Support, and Settlement Agreement in a Class Action ("Settlement Agreement"), and having conducted a fairness hearing on this date,

**IT IS HEREBY ORDERED** that:

1. The proposed Settlement Agreement and the settlement it embodies are **APPROVED** because: (1) the settlement negotiations were not collusive; (2) the proponents are counsel experienced in similar cases; (3) there has been sufficient discovery to enable counsel to act

intelligently; and (4) the number of objectants or their relative interests is small.

2. A hearing to determine whether the Settlement Agreement is fair, reasonable and adequate was held on February 20, 2013 at the United States District Court for the District of Vermont, 151 West Street, Rutland, Vermont 05701.

3. Notice of the fairness hearing pursuant to Fed. R. Civ. P. 23(e) and by Order of this Court was directed "in a reasonable manner to all class members who would be bound by the proposal" regarding the Settlement Agreement by publication on January 30, 2013 in a newspaper of general circulation ("The World," a weekly publication circulating in Washington Count, Vermont) in the City wherein the Plaintiff Class resides.

4. The notice advised class members of the (1) nature of the settlement; (2) the date of the court's fairness hearing; (3) the right to object, how to object, and the deadlines for objections, and (4) how and from whom additional information could be acquired.

5. No members of the Plaintiff Class objected to the proposed settlement.

6. Relief sought by members of the Class is MOOT.

7. The Settlement Agreement resolves damages claims of the named Plaintiffs, and reasonable costs and fees of Plaintiffs' counsel.

**SO ORDERED.**

Dated at Rutland, in the District of Vermont, this 20th day of February, 2013.

Christina Reiss, Chief Judge
United States District Court